QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL OJEDA-CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2-05-cr-0369 LKK |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| DANIEL OJEDA-CARRILLO, | ) | Date: November 15, 2005 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

This matter came on for status conference on October 25, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney Matthew Segal, appearing for the assigned Assistant United States Attorney, Michael Beckwith.  The defendant DANIEL OJEDA-CARRILLO was present, in custody, represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

The defense requested that this matter be continued to November 15, 2005, in order to permit review of a pre-plea presentence report and consideration of an anticipated plea offer from the government. The exclusion of time for trial under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4,

was agreed to on the record.

     IT IS ORDERED that this matter be continued to November 15, 2005, on this court's regular criminal calendar.  IT IS FURTHER ORDERED that the period from October 25, 2005, to and including November 15, 2005, is excluded from the time computations pursuant to 18 U.S.C. § 3161(h)(8) (A) & (B)(iv), Local Code T-4, due to ongoing preparation of counsel.

     **IT IS SO ORDERED**

                                 By the Court,

DATED: November 7, 2005                   /s/ Lawrence K. Karlton  
                                               HONORABLE LAWRENCE K. KARLTON  
                                                Senior Judge  
                                                United States District Court